United States District Court
Southern District of New York

---

Jermaine Deleston,

                        Plaintiff,

-against-

Kallejon Corp. d/b/a El Kallejon, and 207 E. 117TH Street LLC,

                        Defendants.

AFFIDAVIT OF SERVICE

Civil Action No. 1:18-cv-8280

---

State of New York )
                  ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on September 25, 2018 at approximately 11:50 AM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Summons in a Civil Action and Complaint for Injunctive Relief with Individual Rules of Practice of Judge Katherine Polk Failla and Individual Practices of Magistrate Judge Stewart D. Aaron, that the party served was 207 E. 117TH Street LLC, a domestic limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 60 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                  *Mary M. Bonville*
                                                  Mary M. Bonville

Sworn to before me this 25TH day of September, 2018

*Vera B. Ray*

Vera B. Ray
Notary Public — State of New York
Qualified in Albany County
Registration No. 01RA6133233
Commission Expires: 09-12-2021