**THE LAW OFFICE OF DAVID DeSTEFANO, PLLC**
112 W34th Street, 18th Floor, New York, New York 10120
Direct (646) 961-3575 Fax (646) 365-3029
david@daviddestefanolaw.com
www.daviddestefanolaw.com

**MEMO ENDORSED**

January 3, 2018

**VIA ECF**
U.S. District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

    **Re:** *Deleston v. Kallejon Corp. d/b/a El Kallejon, et al.*, **18-CV-8280 (KPF)**

Dear Judge Failla:

    This firm represents Defendant Kallejon Corp. in the above-referenced matter. This letter is submitted pursuant to Rule 2(A) and (C) of Your Honor's Individual Rules of Practice to request a 30-day extension from the date hereof for Defendant Kallejon Corp. to answer, move or otherwise respond to the Complaint. The answer is due by 1/4/2019. This is Defendant Kallejon Corp.'s second extension request.

    Plaintiff's counsel consents to this request. This extension request is made in light of the parties' good faith settlement negotiations and intention to resolve this matter without further litigation. Defendant Kallejon Corp. respectfully requests that the initial pretrial conference scheduled for 2/1/2019 and all other deadlines and requirements be adjourned accordingly.

    Thank you for your consideration.

                            Respectfully submitted,

                            David DeStefano

CC: Hon. Katherine Polk Failla (via e-mail: Failla_NYSDChambers@nysd.uscourts.gov)
     Erik M. Bashian, Esq. (via ECF)

Application GRANTED.  Defendants' time to answer is hereby extended to **February 4, 2019.**  The initial pretrial conference previously scheduled for February 1, 2019, is hereby ADJOURNED until **February 20, 2019, at 2:30 p.m.**  No further extensions or modifications will be granted.

Dated:     January 3, 2019              SO ORDERED.
           New York, New YOrk

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE