

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

**MEMO ENDORSED**

VIA CM/ECF Only

January 3, 2019

U.S. District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

**Re:** *Deleston v. Kallejon Corp. d/b/a El Kallejon, et al.*, **Case No.: 18-cv-8280 (KPF)**

Dear Judge Failla:

      This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. Respectfully, I write to request an adjournment of the initial pretrial conference ("IPTC") scheduled for February 20, 2019 at 2:30 pm. Our request for an adjournment is requested because I am the handling attorney and will be traveling out of state on that date, including the dates February 13, 2019 through February 26, 2019. This is our first request for an adjournment of this conference, and the request will not prejudice any of the parties or affect any other scheduled dates. It is therefore respectfully requested that Your Honor reschedule the conference to a date of a convenience on or after February 27, 2019. In addition, it is respectfully requested that all other filing deadlines in conjunction with the initial pretrial conference also be adjourned to coincide with the new conference date.

      We thank this Honorable Court for its time and consideration in this matter.

      Respectfully submitted,

      BASHIAN & PAPANTONIOU, P.C.

      */s/ Erik M. Bashian*
      _____
      Erik M. Bashian, Esq.

Application GRANTED. The initial pretrial conference previously scheduled for February 20, 2019, is hereby ADJOURNED until **March 7, 2019, at 4:30 p.m.**

| | |
|---|---|
| Dated:  January 4, 2019<br>         New York, New York | SO ORDERED.<br><br>*Katherine Polk Failla*<br><br>HON. KATHERINE POLK FAILLA<br>UNITED STATES DISTRICT JUDGE |