UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JERMAINE DELESTON,

        Plaintiff,

v.

KALLEJON CORP. d/b/a El Kallejon,
and 207 E. 117TH STREET LLC,

        Defendants.
-----------------------------------------------------------X

CASE NO.: 1:18-cv-8280 (KPF)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jermaine Deleston ("Plaintiff") and Defendants Kallejon Corp. d/b/a El Kallejon, and 207 E. 117th Street LLC, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:   **New York**  , New York
         **April 1**  , 2019

**BASHIAN & PAPANTONIOU, P.C**

By: _____
Erik M. Bashian, Esq.
*Attorneys for Plaintiff*
500 Old Country Road, Suite 302
Garden City, NY 11530
(516) 279-1555
Email: eb@bashpaplaw.com

**COHEN HOCHMAN & ALLEN**

By: _____
Andrew Weltchek, Esq.
*Attorneys for Defendant 207 E. 117th Street LLC*
75 Maiden Lane, Suite 802
New York, New York 10038
Tel: (212) 566-7081
Email: aweltchek@chalegalteam.com

58792v2

THE LAW OFFICE OF DAVID DESTEFANO, PLLC

By: /s/ David DeStefano

David DeStefano, Esq.
*Attorneys for Defendant Kallejon Corp.*
112 W. 34th Street, 18th Floor
New York, NY 10120
Tel: (646) 961-3575
Email: david@daviddestefanolaw.com

**SO ORDERED:**

_____
Hon.

58792v2